**Opinion issued November 14, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――――

## NO. 01-12-00090-CV

―――――――――――――――――

**BOBBY KELLY, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee**

---

**On Appeal from the 12th District Court**
**Walker County, Texas**
**Trial Court Case No. 25710**

---

## MEMORANDUM OPINION

Appellant, Bobby Kelly, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.